UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
MADINAH ALOMAR,                  :

                Plaintiff Pro Se,  :    07 Civ. 5654 (WHP)

    -against-                   :    ORDER

                                 :

LIEUTENANT RECARD ET AL,         :

                Defendants.     :
---------------------------------X

WILLIAM H. PAULEY III, District Judge:

       The initial pre-trial conference is adjourned to November 30, 2007 at 12:00 p.m. Counsel for Defendants is directed to arrange a teleconference and provide the Court and Plaintiff with a call-in number in advance of that date.

Dated:    November 8, 2007
           New York, New York

                          SO ORDERED:

                          _____
                            WILLIAM H. PAULEY III
                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/07

*Copies mailed to*:

Madinah Alomar
No. 06-G-0424
Albion Correctional Facility
3595 State School Rd.
Albion, NY 14411-9399
*Plaintiff Pro Se*

Alex Smith, Esq.
Corporation Counsel of the City of Middletown
Middletown City Hall
16 James Street
Middletown, NY 10940
*Counsel for Defendants*