USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MADINAH ALOMAR,                              :

                    Plaintiff <u>Pro Se</u>,   :

      -against-                           :


LIEUTENANT RECARD ET AL,                     :


                    Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 5654 (WHP)

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        The initial pre-trial conference is adjourned to December 14, 2007 at 11:00 a.m.

Dated:    November 26, 2007
            New York, New York

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                               U.S.D.J.

*Copies mailed to*:

Madinah Alomar
No. 06-G-0424
Albion Correctional Facility
3595 State School Rd.
Albion, NY 14411-9399
*Plaintiff <u>Pro Se</u>*

Alex Smith, Esq.
Corporation Counsel of the City of Middletown
Middletown City Hall
16 James Street
Middletown, NY 10940
*Counsel for Defendants*