```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
MADINAH ALOMAR,                :

             Plaintiff Pro Se,   :

  -against-                   :

                               :

LIEUTENANT RECARD ET AL.,     :

           Defendants.        :
------------------------------X

07 Civ. 5654 (WHP)

TRANSFER ORDER

WILLIAM H. PAULEY III, District Judge:

       The Clerk of the Court is directed to transfer this civil action to the White Plains Courthouse pursuant to Rule 21 of the Rules for the Division of Business Among District Judges, Southern District of New York.

Dated:   December 3, 2007
          New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Madinah Alomar
1007 St. RT 17B
Mongaup Valley, NY 12762
*Plaintiff Pro Se*

Alex Smith, Esq.
Corporation Counsel of the City of Middletown
Middletown City Hall
16 James Street
Middletown, NY 10940
*Counsel for Defendants*